IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Torrell Clark, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Georgia United Credit Union, )<br>)<br>   Defendant. )<br>)<br>) | Case No. 1:23-cv-05154-TWT-CCB |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice that the parties have reached a settlement in this matter and anticipate the filing of a stipulation of dismissal within the next fifteen days. Given the settlement, it is requested that Defendant be excused from filing a further response to the Complaint.

This 12th day of February, 2024.

/s/ *John A. Love*
JOHN A. LOVE
Georgia Bar No. 459155
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(tel.) 404.855.3600

(fax) 404.301.2300
tlove@loveconsumerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a copy of the foregoing document to be filed via the Court's electronic filing system which will cause a copy to be filed upon all counsel of record.

This 12th day of February, 2024.

*/s/John A. Love*
John A. Love
Counsel for Plaintiff