# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Torrell Clark, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Georgia United Credit Union, )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:23-cv-05154-TWT-CCB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by counsel, pursuant to Fed.R.Civ.P 41(a)(1)(A), hereby stipulate to the dismissal of this case with prejudice with each party to bear its own fees and costs.

This 20th day of February, 2024.

/s/ *John A. Love*
JOHN A. LOVE
Georgia Bar No. 459155
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(tel.) 404.855.3600
(fax) 404.301.2300
tlove@loveconsumerlaw.com

/s/ *Steven Ginsberg*
STEVEN D. GINSBURG
Georgia Bar No. 121055
JOHN H. GOSELIN II
Georgia Bar No. 302917

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111

*Counsel for Plaintiff*                    ginsburg@litchfieldcavo.com

*Counsel for Defendant Georgia United Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record.

This 20th day of February, 2024.

*/s/John A. Love*
John A. Love